Case 4:16-cr-00132-A Document 1 Filed 03/28/16 Page 1 of 19 PageID 282

FILED
MAR 2 8 2016
CLERK, U.S. DISTRICT COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-MJ-166 |
| SHERI ROSE ATKINS (01) <br> MICHAEL BARRETT <br> a/k/a "Motorcycle Mike" (02) <br> CHARLES BOGGS <br> a/k/a "Nasty" (03) <br> PATRICK LEE GRAYDON (04) <br> JOHN PHILLIP ISHAK Jr. <br> a/k/a "Phil" (05) <br> TAMMY SUE JANICEK <br> a/k/a "Southside Tammy" (06) <br> MEGAN KEMP (07) <br> BILLY JAMES LEVERETT <br> a/k/a "Wild Bill" (08) <br> WILLIAM JOSEPH OROZCO (09) <br> JOE DARRELL PIERCE (10) <br> BRITTANY SHEANNA PIERSON (11) <br> VERONICA PRENDEZ (12) <br> AMBER NICOLE RISOVI <br> a/k/a/ "Nikki" (13) <br> ROBERT SIKES <br> a/k/a "German" (14) <br> BILLY RAY SKAGGS (15) <br> JAMES WALTER WEATHERFORD <br> a/k/a "Jenks" (16) | SEALED UNTIL WARRANT EXECUTED |

## CRIMINAL COMPLAINT

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

**Criminal Complaint – Page 1**

Beginning in or before January 2015, and continuing until on or about April 1, 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Sheri Rose ATKINS, Michael BARRETT**, also known as Motorcycle Mike, **Charles BOGGS**, also known as Nasty, **Patrick Lee GRAYDON, John Phillip ISHAK Jr.**, also known as Phil, **Tammy Sue JANICEK**, also known as Southside Tammy, **Megan KEMP, Billy James LEVERETT**, also known as Wild Bill, **William Joseph OROZCO, Joe Darrell PIERCE, Brittany Sheanna PIERSON, Veronica PRENDEZ, Amber Nicole RISOVI**, also known as Nikki, **Robert SIKES**, also known as German, **Billy Ray SKAGGS, James Walter WEATHERFORD**, also known as Jenks, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

I. INTRODUCTION

1.  I have been a Special Agent of the DEA for approximately 17 years. I received basic investigative instruction at the DEA Academy located in Quantico, Virginia, and additional continuing instruction regarding investigative techniques. I am currently assigned to the Fort Worth Resident Office (FWRO) of the DEA, Dallas Field Division, working with Investigators and Officers from the Fort Worth Police Department.

2.  I have participated as a law enforcement officer in several investigations of unlawful narcotics distribution and have conducted wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records.

Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

II. SUMMARY OF PROBABLE CAUSE THAT A VIOLATION OF 21 U.S.C. § 846 HAS OCCURRED

3. As part of the conspiracy, not every person named or identified in the conspiracy knew every other person identified as being in the conspiracy. It was their joining together for the common purpose of possessing and distributing methamphetamine, the nature of the scheme to possess and distribute methamphetamine, and the overlapping among its members in possessing and distributing methamphetamine that established their membership in this particular conspiracy. And not every member of the conspiracy knew the details of each aspect of the conspiracy. Nevertheless, each member of the conspiracy knew or was aware of the conspiracy's general purpose and scope, which was to possess and distribute methamphetamine in the Northern District of Texas and elsewhere, between and among the named conspirators and others not named.

4. As part of the conspiracy, its members had a fluid hierarchy that evolved over time. For example, as some members were arrested or otherwise temporarily unavailable, other members took over the receipt and delivery of methamphetamine.

5.  Since approximately 2014, the government has been investigating allegations that **Sheri Rose ATKINS, Michael BARRETT**, also known as Motorcycle Mike, **Charles BOGGS**, also known as Nasty, **Patrick Lee GRAYDON, John Phillip ISHAK Jr.**, also known as Phil, **Tammy Sue JANICEK**, also known as Southside Tammy, **Megan KEMP, Billy James LEVERETT**, also known as Wild Bill, **William Joseph OROZCO, Joe Darrell PIERCE, Brittany Sheanna PIERSON, Veronica PRENDEZ, Amber Nicole RISOVI**, also known as Nikki, **Robert SIKES**, also known as German, **Billy Ray SKAGGS, James Walter WEATHERFORD**, also known as Jenks, along with Jessica Judge, Amanda Means, and Tonya Blackwood, not named as defendants herein, and others not named have conspired together to possess methamphetamine with the intent to distribute it in the Northern District of Texas and elsewhere.

6.  As part of the conspiracy, **Sheri Rose ATKINS, Michael BARRETT**, also known as Motorcycle Mike, **Charles BOGGS**, also known as Nasty, **Patrick Lee GRAYDON, John Phillip ISHAK Jr.**, also known as Phil, **Tammy Sue JANICEK**, also known as Southside Tammy, **Megan KEMP, Billy James LEVERETT**, also known as Wild Bill, **William Joseph OROZCO, Joe Darrell PIERCE, Brittany Sheanna PIERSON, Veronica PRENDEZ, Amber Nicole RISOVI**, also known as Nikki, **Robert SIKES**, also known as German, **Billy Ray SKAGGS, James Walter WEATHERFORD**, also known as Jenks, agreed to possess methamphetamine with the intent to distribute it, and knowingly and willfully participated in that agreement.

Criminal Complaint – Page 4

7.  As part of the conspiracy, the common purpose between and among **Sheri Rose ATKINS, Michael BARRETT**, also known as Motorcycle Mike, **Charles BOGGS**, also known as Nasty, **Patrick Lee GRAYDON, John Phillip ISHAK Jr.**, also known as Phil, **Tammy Sue JANICEK**, also known as Southside Tammy, **Megan KEMP, Billy James LEVERETT**, also known as Wild Bill, **William Joseph OROZCO, Joe Darrell PIERCE, Brittany Sheanna PIERSON, Veronica PRENDEZ, Amber Nicole RISOVI**, also known as Nikki, **Robert SIKES**, also known as German, **Billy Ray SKAGGS, James Walter WEATHERFORD**, also known as Jenks, Jessica Judge, Amanda Means, Tonya Blackwood, and others not named was to possess and distribute methamphetamine in the Northern District of Texas and elsewhere.

8.  As part of the conspiracy, in general, **Sheri Rose ATKINS, Charles BOGGS, William Joseph OROZCO, Brittany Sheanna PIERSON, Veronica PRENDEZ, Robert SIKES, and James Walter WEATHERFORD** distributed methamphetamine to Jessica Judge, Amanda Means, Tonya Blackwood, who then re-distributed or brokered methamphetamine to **Michael BARRETT, Patrick GRAYDON, John Phillip ISHAK Jr., Megan KEMP, Billy James LEVERETT, Tammy Sue JANICEK, Joe Darrell PIERCE, Amber Nicole RISOVI, and Billy Ray SKAGGS.**

9.  As part of the conspiracy, its members routinely received and delivered ounce to kilogram quantities of methamphetamine that they then distributed to others in the Northern District of Texas and elsewhere.

10. As part of the conspiracy, some of the money derived from the sale and distribution of methamphetamine would be used to purchase additional quantities of methamphetamine.

III. FACTS ESTABLISHING PROBABLE CAUSE THAT A VIOLATION OF 21 U.S.C. § 846 HAS OCCURRED

11. More specifically, the following events occurred:

   a. On January 6, 2015, Officers with the Fort Worth Police Department arrested Tonya Blackwood in possession of approximately one pound of methamphetamine. Blackwood was later arrested on June 15, 2015 by Agents/Officers with Homeland Security on an outstanding Federal Arrest Warrant.

   b. On March 3, 2015, Michael Colby is arrested by the Fort Worth Police Department in possession of approximately 1.7 grams of methamphetamine and multiple firearms.

   c. On March 19, 2015, Michael Colby is arrested by the Fort Worth Police Department in possession of approximately eight (8) ounces of methamphetamine.

   d. On June 16, 2015, Agents/Officers from the Drug Enforcement Administration and Homeland Security arrested Alisha Feeney on an outstanding Federal Arrest Warrant.

   e. On July 8, 2015, Amanda Means was arrested by members of the United States Marshals Service on an outstanding Federal Arrest Warrant.

   f. On Jun 15, 2015, Charles Deeds was arrested by members of the United States Marshals Service and the Drug Enforcement Administration on an outstanding Federal Arrest Warrant.

   g. On June 19, 2015, Celeste Blair was arrested by members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Drug Enforcement Administration on an outstanding Federal Arrest Warrant.

   h. On June 24, 2015, Chris Turner was arrested by members of the Drug Enforcement Administration on an outstanding Federal Arrest Warrant.

    i. On August 10, 2015, Jessica Judge was arrested by members of the United States Marshals Service on an outstanding Federal Arrest Warrant.

    j. On August 17, 2015, Jackie Lynn Watters was arrested by members of the Drug Enforcement Administration on an outstanding Federal Arrest Warrant.

    k. On August 21, 2015, **John Phillip ISHAK Jr.** admitted to Agents/Officers with the Drug Enforcement Administration to his participation in the drug conspiracy.

    l. On September 10, 2015, **Patrick Lee GRAYDON** admitted to Agents/Officers with the Drug Enforcement Administration, Homeland Security, and the Texas Department of Public Safety to his participation in the drug conspiracy.

    m. On October 23, 2015, **Amber Nicole RISOVI** admitted to Agents/Officers with the Drug Enforcement Administration to her participation in the drug conspiracy.

12. Co-conspirator Jessica Judge identified **Sheri Rose ATKINS** as a methamphetamine distributor from who she (Judge) and Charles Deeds had obtained and redistributed four (4) ounce of methamphetamine from on approximately four (4) occasions, two (2) ounces of methamphetamine from on between five (5) and ten (10) occasions, one (1) ounce of methamphetamine from on approximately two (2) occasions, one-half (1/2) ounce of methamphetamine from on approximately two (2) occasions, and one-quarter (1/4) ounce of methamphetamine from on approximately two (2) occasions. Co-conspirator **Patrick GRAYDON** confirmed that **ATKINS** was involved in distributing methamphetamine.

Specifically, **GRAYDON** said that on at least ten (10) occasions he observed **Sheri Rose ATKINS** in possession of four (4) ounce quantities of methamphetamine, and that on approximately five (5) occasions **Sheri Rose ATKINS** supplied him with one (1) ounce of methamphetamine.

13. Co-conspirator **Patrick GRAYDON** also identified **Michael BARRETT** as a methamphetamine distributor whom he (**GRAYDON**) had on at least ten (10) occasions observed in possession of one (1) ounce quantities of methamphetamine, and on one (1) occasion **BARRETT** supplied him with one (1) ounce of methamphetamine. Co-conspirator Jessica Judge confirmed that **BARRETT** was involved in distributing methamphetamine. Specifically, Judge said that on an average of one time per week over a six month period in 2014 she observed Tonya Blackwood and Jackie Watters supply **BARRETT** with between four (4) and eight (8) ounce quantities of methamphetamine. Co-conspirator Jackie Watters confirmed that **BARRETT** was involved in distributing methamphetamine. Specifically, Watters said that on an every-other-day- basis over an eight month period in 2014 he observed Tonya Blackwood supply **BARRETT** with between three (3) and four (4) ounce quantities of methamphetamine.

14. Co-conspirator Alisha Feeney also identified **Charles BOGGS** as a methamphetamine distributor whom she (Feeney) had on at least eight (8) occasions purchased one (1) ounce quantities of methamphetamine from, and that on multiple occasions she observed **BOGGS** supply four (4) ounce quantities of methamphetamine to multiple customers.

Co-conspirator **Patrick GRAYDON** confirmed that **BOGGS** was involved in distributing methamphetamine. Specifically, **GRAYDON** said that on at least three (3) occasions he observed **BOGGS** in possession of two (2) ounce quantities of methamphetamine.

15. On September 10, 2015, Agents/Officers with the Drug Enforcement Administration, Homeland Security, and the Texas Department of Public Safety interviewed **Patrick GRAYDON** regarding his participation in this drug conspiracy. Specifically, **GRAYDON** said that in 2014 he was purchasing ounce quantities of methamphetamine from Tonya Blackwood. Additionally, **GRAYDON** said that after Tonya Blackwood was arrested in January of 2015 he called Tonya Blackwood and asked her for some methamphetamine. During that conversation, Tonya Blackwood told **GRAYDON** that he should contact **Amber Nicole RISOVI** for the purpose of **GRAYDON** purchasing methamphetamine from **Amber Nicole RISOVI**. **GRAYDON** then admitted to purchasing approximately one (1) ounce of methamphetamine from **Michael BARRETT** on at least one (1) occasion and seeing **Michael BARRETT** in possession of over ten (10) ounces of methamphetamine on at least one (1) occasion. **GRAYDON** also admitted to purchasing methamphetamine from Tonya Blackwood and then redistributing methamphetamine to multiple customers. Co-conspirator Tonya Blackwood confirmed that **GRAYDON** was involved in distributing methamphetamine.

Specifically, Blackwood said that on an every-other-day-basis over a an approximately two month period in 2014 she supplied **GRAYDON** with two (2) ounce quantities of methamphetamine, and that on one (1) occasion she supplied **GRAYDON** with four (4) ounces of methamphetamine. Co-conspirator Jackie Watters confirmed that **GRAYDON** was involved in distributing methamphetamine. Specifically, WATTERS said that on an every-other-day-basis over an approximately three month period he observed Blackwood supply **GRAYDON** with two (2) ounce quantities of methamphetamine.

16. On August 21, 2015, Agents/Officers with the Drug Enforcement Administration interviewed **John Phillip ISHAK Jr.** regarding his participation in the drug conspiracy. During the interview, **ISHAK** admitted to his participation in the drug conspiracy. Specifically, as part of this drug conspiracy **ISHAK** said from 2013 to 2015 he was methamphetamine-distribution partners with Amanda Means. **ISHAK** said that during 2014 he and Amanda Means were being supplied methamphetamine by Chris Turner. Additionally, **ISHAK** said that **William Joseph OROZCO** and **Brittany Sheanna PIERSON** both worked at the direction of Chris Turner and assisted Chris Turner in the distribution of methamphetamine. **ISHAK** said that on a daily basis between November 2013 and July 2014 he and Amanda Means would purchase approximately four (4) ounces of methamphetamine from Chris Turner and **William Joseph OROZCO**. **ISHAK** said that on at least one (1) occasion Chris Turner and **Brittany Sheanna PIERSON** delivered approximately eight (8) ounces of methamphetamine to **ISHAK**, Amanda Means, and Jessica Judge.

Criminal Complaint – Page 10

Co-conspirator Amanda Means confirmed that **ISHAK** was involved in distributing methamphetamine. Specifically, Means said that on multiple occasions she and **ISHAK** together routinely purchased and redistributed two (2) and four (4) ounce quantities of methamphetamine. Co-conspirator Jessica Judge confirmed that **ISHAK** was involved in distributing methamphetamine. Specifically, Judge said that on multiple occasions she had supplied **ISHAK** with one (1) and two (2) ounce quantities of methamphetamine. Additionally, Jessica Judge said that on at least twenty (20) occasions she had observed Amanda Means and **ISHAK** in possession of four (4) ounce quantities of methamphetamine.

17.   Co-conspirator Tonya Blackwood also identified **Tammy Sue JANICEK** as a methamphetamine distributor whom she (Blackwood) had on a daily basis over at least a two month period in 2014 supplied with between two (2) and four (4) ounce quantities of methamphetamine. Co-conspirator Jackie Watters confirmed that **JANICEK** was involved in distributing methamphetamine. Specifically, Watters said that on a daily basis over a three month period he observed Tonya Blackwood deliver at least one (1) ounce quantities of methamphetamine to **JANICEK**. Co-conspirator Celeste Blair confirmed that **JANICEK** was involved in distributing methamphetamine. Specifically, Blair said that on at least five (5) occasions she delivered one (1) ounce quantities of methamphetamine to **JANICEK**. Additionally, Celeste Blair said that on at least five (5) occasions she observed Tonya Blackwood deliver one (1) ounce quantities of methamphetamine to **JANICEK**.

18. Co-conspirator Alisha Feeney also identified **Billy James LEVERETT** as a methamphetamine distributor whom she (Feeney) had supplied with four (4) ounce quantities of methamphetamine on approximately eight (8) occasions, and had on approximately eight (8) additional occasions purchased one (1) ounce quantities of methamphetamine from **LEVERETT**. Co-conspirator Tonya Blackwood confirmed that **LEVERETT** was involved in distributing methamphetamine. Specifically, Blackwood said that on an approximately every-other-day-basis over at least a three month period in 2014 she supplied **LEVERETT** with between four (4) and six (6) ounce quantities of methamphetamine, and that on at least two (2) occasions she supplied **LEVERETT** with eight (8) ounces of methamphetamine. Co-conspirator Jackie Watters confirmed that **LEVERETT** was involved in distributing methamphetamine. Specifically, Watters said that on an approximately daily basis over a two month period he observed Tonya Blackwood deliver at least four (4) ounce quantities of methamphetamine to **LEVERETT**, and that on multiple occasions he observed Tonya Blackwood deliver eight (8) ounce quantities of methamphetamine to **LEVERETT.**

19. Co-conspirator Alisha Feeney also identified **Megan KEMP** as a methamphetamine distributor whom she (Feeney) had observed in approximately April and May 2015 obtain approximately one (1) ounce of methamphetamine each day from an unknown co-conspirator. A cooperating defendant (CD) confirmed that **KEMP** was involved in distributing methamphetamine.

Specifically, the said that on at least three (3) occasions he observed **KEMP** in possession of one-half (½) ounce quantities of methamphetamine and that on approximately five (5) occasions he observed **KEMP** together with another individual who was in possession of one (1) pound quantities of methamphetamine.

20. Co-conspirator **John Phillip ISHAK Jr.** also identified **William Joseph OROZCO** as a methamphetamine distributor from who he (**ISHAK**) and Amanda Means were being supplied methamphetamine. Specifically, **ISHAK** said that in 2014 Chris Turner used both **OROZCO** and **Brittany Sheanna PIERSON** to distribute methamphetamine for him (Turner). Additionally, **ISHAK** said that on a daily basis between approximately November 2013 and July 2014 he and Amanda Means would purchase approximately four (4) ounces of methamphetamine from Chris Turner and **OROZCO**. Co-conspirator Amanda Means confirmed that **OROZCO** was involved in distributing methamphetamine. Specifically, Means said that **OROZCO** was a deliverer for Chris Turner and that he had delivered four (4) ounce quantities of methamphetamine to her. Co-conspirator Jessica Judge confirmed that **OROZCO** was involved in distributing methamphetamine. Specifically, Judge said that on multiple occasions she had witnessed Amanda Means and **ISHAK** purchase four (4) ounce quantities of methamphetamine from **OROZCO**.

21. Co-conspirator Alisha Feeney also identified **PIERCE** as a methamphetamine-distributor who she (Feeney) had observed on multiple occasions receive methamphetamine from a cooperating co-defendant (CD).

**Criminal Complaint – Page 13**

The CD supplied **PIERCE** with between two (2) and four (4) ounce quantities of methamphetamine. Co-conspirator **Patrick GRAYDON** confirmed that **PIERSON** was involved in distributing methamphetamine. Specifically, **GRAYDON** said that on one (1) occasion he observed **PIERCE** in possession of one (1) pound of methamphetamine and that on approximately five (5) occasions he had observed **PIERCE** in possession of one (1) ounce of methamphetamine. The CD confirmed that **PIERCE** was involved in distributing methamphetamine. Specifically, the CD said that on one (1) occasion he supplied **PIERCE** with four (4) ounces of methamphetamine and on approximately twenty (20) occasions he supplied **PIERCE** with twenty (20) ounces of methamphetamine.

22. Co-conspirator Alisha Feeney also identified **Brittany Sheanna PIERSON** as a methamphetamine distributor who she (Feeney) had on approximately (3) occasions observed in possession of approximately eight (8) ounces of methamphetamine. Co-conspirator Amanda Means confirmed that **PIERSON** was involved in distributing methamphetamine. Specifically, Means said that she knew **PIERSON** distributed methamphetamine for Chris Turner and that on one (1) occasion **PIERSON** and Chris Turner delivered eight (8) ounces of methamphetamine to Amanda Means and Jessica Judge. Co-conspirator **John Phillip ISHAK Jr.** confirmed that **PIERSON** was involved in distributing methamphetamine.

Specifically, **ISHAK** said that he knew **Brittany Sheanna PIERSON** distributed methamphetamine for Chris Turner and that on at least one (1) occasion Chris Turner and **Brittany Sheanna PIERSON** delivered approximately eight (8) ounces of methamphetamine to **ISHAK,** Amanda Means, and Jessica Judge.

23. On November 12, 2015, Agents/Officers with Homeland Security interviewed **Veronica Ann PRENDEZ** regarding her participation in this drug conspiracy with **Michael BARRETT, Charles BOGGS, Patrick GRAYDON, Joe Darrell PIERCE, Robert SIKES,** and others, to include being present for drug transactions, collecting money, and helping transport methamphetamine for multiple Co-Conspirators. Agents/Officers also interviewed a cooperating source (CS) who attributed approximately forty (40) ounces of methamphetamine to **PRENDEZ**. Specifically, the (CS) said that on at least five or six occasions he/she observed **PRENDEZ** in possession of a one-quarter (¼) pound of methamphetamine.

24. On October 23, 2015, Agents/Officers with the Drug Enforcement Administration interviewed **Amber Nicole RISOVI** regarding her participation in the drug conspiracy. **RISOVI** said that in approximately August 2014 she began assisting Tonya Blackwood in the distribution of methamphetamine. **RISOVI** described her job as being Tonya Blackwood's "accountant," that is, helping Tonya Blackwood keep track of the money that she made for distributing methamphetamine. Additionally, **RISOVI** said that she also assisted Tonya Blackwood by helping her "break down" kilogram quantities of methamphetamine.

Co-conspirator Tonya Blackwood confirmed that **RISOVI** was involved in distributing methamphetamine. Specifically, Blackwood said that on an every-other-day-basis for approximately five months she "broke down" one (1) kilogram quantities of methamphetamine at **RISOVI's** residence and she paid **RISOVI** with one (1) ounce of methamphetamine every time. Blackwood also said that she would occasionally store kilogram quantities of methamphetamine at **RISOVI's** residence. Co-conspirator Jackie Watters confirmed that **RISOVI** was involved in distributing methamphetamine. Specifically, Watters confirmed that in approximately August 2014 **RISOVI** began working for Tonya Blackwood, which included driving Tonya Blackwood when Blackwood delivered methamphetamine to her customers, delivering methamphetamine at the direction of Tonya Blackwood, "breaking down" kilogram quantities of methamphetamine, and collecting money, all at the direction of Tonya Blackwood.

25. On August 19, 2015, **Robert SIKES** was arrested by the Tarrant County Sherriff's Office and Officers/Agents from the Department of Homeland Security for being in possession of a portable methamphetamine laboratory, a small amount of methamphetamine, and a handgun. Co-conspirator **Patrick GRAYDON** confirmed that **SIKES** was involved in distributing methamphetamine. Specifically, **GRAYDON** said that he bought a one-quarter (¼) ounce of methamphetamine from **SIKES** on approximately two (2) or three (3) occasions in 2015.

Additionally, **GRAYDON** said that on one (1) occasion he witnessed **SIKES** in possession of one pound of methamphetamine, on approximately three (3) occasions he observed **SIKES** in possession of eight (8) ounces of methamphetamine, and on approximately two occasions in possession of one ounce quantities of methamphetamine.

26. Co-conspirator Jessica Judge also identified **Billy Ray SKAGGS** as a methamphetamine distributor whom she (Judge) had on at least eight (8) occasions between April 2015 and June 2015 supplied with eight (8) ounces of methamphetamine. Co-conspirator Tonya Blackwood confirmed that **SKAGGS** was involved in distributing methamphetamine. Specifically, Blackwood said that **SKAGGS** had been a methamphetamine-customer of Jessica Judge, but that eventually **SKAGGS** started buying directly from Tonya Blackwood. Blackwood said that in 2014 for approximately a five (5) month period she frequently supplied **SKAGGS** with between four (4) ounces and one (1) pound quantities of methamphetamine. Co-conspirator Jackie Watters confirmed that **SKAGGS** was involved in distributing methamphetamine. Specifically, Watters said that on at least two (2) occasions he drove Tonya Blackwood to Brownwood, Texas, where she delivered eight (8) ounces of methamphetamine to **SKAGGS**. Jackie Watters also said that he knew **SKAGGS** frequently traveled to Fort Worth to purchase methamphetamine from Jessica Judge and Tonya Blackwood, but was unsure of the exact amounts on these transactions.

27. Co-conspirator Gavin Seguin also identified **James Walter WEATHERFORD** as a methamphetamine distributor to whom he (Seguin) had on at least fifteen (15) occasions supplied with one-half (½) ounce quantities of methamphetamine, and that on approximately six (6) occasions he (Seguin) observed **WEATHERFORD** in possession of two (2) ounces of methamphetamine. Co-conspirator Michael Colby confirmed that **WEATHERFORD** was involved in distributing methamphetamine. Specifically, Colby said that in 2015 for approximately a six week period, Jessica Judge and **WEATHERFORD** purchased two (2) ounces a week from him (Colby). Additionally, Colby said that **WEATHERFORD** and Jessica Judge had an out-of-town-customer who would travel to Dallas and Grand Prairie every two weeks and pick up one (1) pound of methamphetamine from **WEATHERFORD** and Jessica Judge that they had purchased from him (Colby).

28. Based on the foregoing, the Complainant believes that probable cause exists that **Sheri Rose ATKINS, Michael BARRETT,** also known as Motorcycle Mike, **Charles BOGGS,** also known as Nasty, **Patrick Lee GRAYDON, John Phillip ISHAK Jr.**, also known as Phil, **Tammy Sue JANICEK,** also known as Southside Tammy, **Megan KEMP, Billy James LEVERETT,** also known as Wild Bill, **William Joseph OROZCO, Joe Darrell PIERCE, Brittany Sheanna PIERSON, Veronica PRENDEZ, Amber Nicole RISOVI,** also known as Nikki, **Robert SIKES,** also known as German, **Billy Ray SKAGGS, James Walter WEATHERFORD,** also known as Jenks,

along with others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to distribute and to possess with intent to distribute more than 50 grams of methamphetamine, in violation of 21 U.S.C. § 846.

Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 10:40 am/pm, this 28th day of March, 2016, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge