IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| V. | § § | Cause No. 4:16-CR-132-A |
| | § § | |
| **CHARLES BEN BOUNDS, ET AL.** | § § | |

## DEFENDANT MEGAN KEMP'S
## MOTION FOR DOWNWARD DEPARTURE

TO THE HONORABLE JOHN MCBRYDE, UNITED STATES DISTRICT COURT JUDGE:

Now comes Defendant, Megan Kemp ("Ms. Kemp"), by and through her attorney of record, A. Clay Graham, and files this Motion for Downward Departure for the sentencing scheduled for February 17, 2017. In order to avoid unwarranted repetition, Defendant adopts the argument and analysis set forth in her Sentencing Memorandum to be filed under seal with the Court pursuant to this Court Sentencing Scheduling Order, and reurges those arguments as if restated in their entirety herein.

### III. Prayer

PREMISES CONSIDERED, DEFENDANT Megan Kemp respectfully requests

that this Court depart downward or vary under 28 U.S.C. § 3553(a) as requested herein and in her Sentencing Memorandum to be filed with the Court, and assess a sentence of **188 months**. Defendant additionally prays for any other relief to which she may show herself justly entitled.

Respectfully submitted,

*A. Clay Graham*
A. Clay Graham
TBN: 24064140
Law Offices of A. Clay Graham
The Texas Building
855 Texas St. Ste 120
Fort Worth, TX 76102
817-334-0081 (phone)
817-887-1474 (fax)
Email:aclaygrahamattorney@gmail.com
Counsel for Defendant
Megan Kemp

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was provided to counsel for the government by a manner compliant with the rules on January 30, 2017.

*A. Clay Graham*
A. Clay Graham