1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF TEXAS

3                 FORT WORTH DIVISION

4  UNITED STATES OF AMERICA,     ) CASE NO. 4:16-CR-132-A
                                 )
5           Government,          )
                                 ) FORT WORTH, TEXAS
6  VERSUS                        )
                                 ) FEBRUARY 17, 2017
7  MEGAN KEMP (26),              )
                                 )
8           Defendant.           ) 9:47 A.M.

9

10                     VOLUME 1 OF 1
                TRANSCRIPT OF SENTENCING
11          BEFORE THE HONORABLE JOHN McBRYDE
            UNITED STATES DISTRICT COURT JUDGE

12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:     MR. SHAWN SMITH
                            UNITED STATES DEPARTMENT OF JUSTICE
15                          NORTHERN DISTRICT OF TEXAS
                            801 Cherry Street, Suite 1700
16                          Fort Worth, Texas  76102-6882
                            Telephone:  817.252.5200
17
    FOR THE DEFENDANT:      MR. AARON CLAY GRAHAM
18                          855 Texas Avenue, Suite 120
                            Fort Worth, Texas  76102
19                          Telephone:  817.334.0081

20  COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                            501 W. 10th Street, Room 424
21                          Fort Worth, Texas  76102
                            Telephone:  817.850.6661
22                          E-Mail: debbie.saenz@yahoo.com

23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

1                        **I N D E X**

2      **PROCEEDING**                                  **PAGE**

3      Objections to PSR by Mr. Graham................  04

4      Court's Findings..............................  08

5      Statements on Sentencing

6         By Mr. Graham..............................  09

7         By the Defendant...........................  12

8      Sentence of the Court.........................  14

9      Government's Motion to Dismiss................  17

10     Court's Ruling................................  17

11     Reporter's Certificate........................  18

12     Word Index....................................  19

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                October 19, 2016 – 10:11 a.m.

 3           THE COURT:  Okay.  I'm next calling for sentencing

 4   Number 4:16-CR-132-A.  It's United States of America, this

 5   time the defendant is Megan Kemp.

 6           And the government is represented by Mr. Smith, and

 7   Mr. Graham is here for Ms. Kemp.

 8           Ms. Kemp, state your full name for the record.

 9           THE DEFENDANT:  Megan Eleanor Kemp.

10           THE COURT:  Okay.  You appeared before me --

11           THE DEFENDANT:  Yes, sir.

12           THE COURT:  Let me get the exact -- it was on

13   October 19, 2016, when you entered a plea of guilty to the

14   offense charged by the fourth superseding indictment in this

15   case, and that was a one-count superseding indictment that

16   charged you with the offense of conspiracy to possess with

17   intent to distribute a controlled substance, and we're here

18   today for sentencing based on the conviction resulting from

19   that plea of guilty.

20           Mr. Graham, did you and your client receive in a

21   timely manner the Presentence Report and the addendum to it?

22           MR. GRAHAM:  Yes, Your Honor.

23           THE COURT:  Did both of you read those items and

24   then discuss them with each other?

25           MR. GRAHAM:  Yes, Your Honor.
```

```
 1          THE COURT:  Let's see.  There was some objections to
 2   the Presentence Report.  You've seen the government's response
 3   to those objections, and the probation officer's response, and
 4   my order that I issued on February 10 advising of my tentative
 5   conclusion that, except to the extent accepted by the
 6   probation officer, the objections are without merit.
 7          Do you still want to pursue any of those, or does
 8   your client wish to pursue any of those objections now?
 9          MR. GRAHAM:  Judge, just objection number 12 that
10   refers to paragraph 120 of the Presentence Report and that --
11          THE COURT:  Okay.  Let me refresh my memory on what
12   that was.  That's objection 12?
13          MR. GRAHAM:  Yes, sir.
14          THE COURT:  Objection to paragraph 120?
15          MR. GRAHAM:  Yes, sir.
16          THE COURT:  Okay.  By the way, I'm going to get off
17   point a little bit here.
18          I received on February 6 a document titled,
19   Defendant Megan Kemp's Sentencing Memorandum and Motion for
20   Variance, and then on February 7 there was filed a document by
21   that same name.  Oh, I think I see what happened.  The
22   original was filed, and then somehow or other I got, in
23   chambers, a copy of it before the original got filed.  I don't
24   know how that happened, but I see they are the same thing.
25          You did only file one sentencing memorandum, I take
```

1    it?

2              MR. GRAHAM:  Yes, sir.

3              THE COURT:  Okay.  They are the same thing.  That

4    was confusing me a little bit.

5              Okay.  Let me see what you've said in objection 12.

6              Do you have any evidence you want to offer in

7    support of your objection?

8              MR. GRAHAM:  No, Judge.  I was simply going to

9    reurge the matters argued in the sentencing memorandum.

10             THE COURT:  Okay.  Hold on just a minute.

11             (Pause in Proceedings)

12             THE COURT:  Okay.  It has to do with the cooperation

13   your client or assistance your client provided to the state of

14   Texas in connection with a shooting of somebody?

15             MR. GRAHAM:  Yes, Judge.  Well, to an assault.  It

16   was not a shooting, it was a stabbing.

17             THE COURT:  Okay.  Let me look at the part of the

18   Presentence Report you were referring to.

19             Okay.  You're saying that the probation officer

20   should have informed the Court in paragraph 120 about that, so

21   it could be taken into account in determining whether there

22   should be a sentence above the top or below the bottom of the

23   advisory guideline range?

24             MR. GRAHAM:  Yes, sir.

25             THE COURT:  Okay.  Do you have any evidence you want

```
1    to offer about that subject?
2               MR. GRAHAM:  No, Judge, just I -- along with that
3    sentencing memorandum, I did attach exhibits to it, which
4    included Ms. Kemp's trial testimony.
5               THE COURT:  Okay.  Let me refresh my memory on that.
6    I went through that earlier, and it would help if there's some
7    particular part in it that you want me to take particular
8    notice of, if you would call my attention to it at this time,
9    that would be helpful.
10              MR. GRAHAM:  Well, Your Honor, additionally to the
11   transcript, there is a report that was issued by the state's
12   prosecuting attorneys, and I believe that summary may give you
13   a little more direct insight into --
14              THE COURT:  You're talking about the Exhibit B --
15              MR. GRAHAM:  Yes, sir.
16              THE COURT:  -- to the sentencing memorandum?
17              MR. GRAHAM:  Yes, sir.
18              THE COURT:  Let me glance back over that and refresh
19   my memory on that.
20              What was the purpose of this report?  Do you know?
21              MR. GRAHAM:  I believe the purpose of it was just
22   distribution of the information through the Texas District and
23   County Attorney's Association.
24              THE COURT:  It was a report that was published in a
25   district and county attorney publication?
```

|   |   |
|---|---|
| 1 | MR. GRAHAM:  Yes, sir. |
| 2 | THE COURT:  Okay.  Well, let me glance at it again. |
| 3 | Is this highlighted language on page 5 of the |
| 4 | report, does that refer to your client? |
| 5 | MR. GRAHAM:  Yes, Judge. |
| 6 | THE COURT:  Margo? |
| 7 | MR. GRAHAM:  Yes. |
| 8 | THE COURT:  And it was her husband on trial? |
| 9 | MR. GRAHAM:  No, Judge. |
| 10 | THE COURT:  Who was on trial? |
| 11 | MR. GRAHAM:  A defendant by the name of James Byrd. |
| 12 | (Pause in Proceedings) |
| 13 | THE COURT:  Tell me a little bit more about his |
| 14 | conduct. |
| 15 | Is he the one that terribly tortured somebody before |
| 16 | they finally killed him? |
| 17 | MR. GRAHAM:  Yes, Judge.  I don't think he |
| 18 | was -- the person was killed, but he was terribly tortured, |
| 19 | like you described.  He participated in more than one act of |
| 20 | violence.  The one that was in trial had to do with a man |
| 21 | named Stikeleather, who was the complainant in the case, and |
| 22 | he had been kidnapped and had been stabbed a couple of times, |
| 23 | and at the time that he was stabbed, Mr. Byrd also took a |
| 24 | piece of bread and pushed the gashed wound -- pushed a piece |
| 25 | of bread into it and ate it, and then gave Mr. Stikeleather a |

1      piece of the bread and had him eat it, and said something to
2      the effect of, now we're brothers.
3              THE COURT:  They were a pretty bad bunch, weren't
4      they?  Well, how did your client get mixed up with all those
5      people?
6              THE DEFENDANT:  My husband.
7              MR. GRAHAM:  It was through contacts that her
8      husband had had through the -- through Mr. Byrd and other
9      affiliates.
10             THE COURT:  Okay.  Okay.  But that's all the
11     evidence you have to offer?
12             MR. GRAHAM:  Yes, Judge.
13             THE COURT:  Okay.  Okay.  You can go ahead and make
14     whatever statement you would want to make on behalf of your
15     client, and, of course, I'll take into account --
16             (Bench Conference with Courtroom Deputy)
17             THE COURT:  Okay.  I'll take these things into
18     account.
19             Now, before I do that, let me get of record my
20     findings and conclusions.
21             The Court adopts as the findings of the Court, the
22     fact findings of the Court, the facts set forth in the
23     Presentence Report as modified or supplemented by the
24     addendum, and the Court adopts as the conclusions of the Court
25     the conclusions expressed in the Presentence Report as

```
1    modified or supplemented by the addendum.

2            The Court concludes that the total offense

3    level -- hold on just a second -- I'm getting my papers mixed

4    up.

5            The total offense level is 35; that the Criminal

6    History Category is VI; that the imprisonment range is 292 to

7    365 months; that the supervised release range is 4 to 5 years;

8    that the fine range is $40,000 to $5 million; and that a

9    special assessment of $100 is mandatory.

10           Okay.  You can go ahead and make whatever statement

11   you would like to make on behalf of your client at this time.

12           MR. GRAHAM:  Thank you, Judge.

13           I want to let the Court know that in 2012, I

14   represented Ms. Kemp in state court and I -- we kind of put a

15   little bit of coincidental cosmic value in that in our

16   relationship as it relates to this case.

17           There's a state -- saying that coincidences are the

18   universe's way of remaining anonymous, and me knowing that, I

19   feel compelled to just give you a little information about

20   Ms. Kemp's life that's -- it's largely reflected in her

21   Presentence Report.

22           She's a 27-year-old female who has two children.

23   She's a single mother.  She had -- has come from a broken

24   home, and that her father abandoned her and her brother when

25   she was just a toddler.  When he did that, he not only
```

1    abandoned them physically, but abandoned them financially, and

2    directed them on the path of poverty that we see in our

3    society so much that is a result of that, that instance of a

4    father turning his back on his obligations to his family.

5           Moving forward, her father had not been in her life,

6    and although that's unfortunate, he also took his life at just

7    about the time of Ms. Kemp's birthday, and so she has to deal

8    with that emotional scar as well as being abandoned.  Her

9    being abandoned was unfortunate enough, but the fact that her

10   father cared so little about her that he would put a memory of

11   his death at the time of her birth is just disgraceful.

12          Now, she's -- she moved from California around the

13   age of 17 to Texas, and she had already started using or

14   experimenting with various substances, and that's reflected

15   also in her criminal history, Judge.  Her criminal history is

16   largely petty offenses, petty theft.  She -- the case that we

17   had in 2012 was a state jail theft that was the result of

18   repetition of theft.

19          And she played a minor role in this conspiracy.  She

20   is not -- wouldn't be considered a kingpin, and her financial

21   position also supports that she was more of a mule than

22   someone who was in a leadership role or someone who was

23   participating solely for profit.

24          I believe a lot of this was just to support her

25   habit in the day-to-day.  Pursuant to that, Judge, I would ask

1    for Ms. Kemp to be able to participate in the Residential Drug

2    Abuse Treatment Program, knowing that she may not be eligible

3    for any time relief, but she needs that treatment for purposes

4    of finding another way to live, Judge.

5              Okay.  Now, lastly, I would just add -- I understand

6    the need for sentence to be imposed, but I would ask you to

7    take Ms. Kemp's age of 27 into consideration.  Her family

8    predicament is that she has a -- her mother, who is a person

9    approaching old age, who has a rheumatic disorder.  She has

10   two minor children, who her mother is trying to raise and to

11   rear, but to take those things into account.

12             I would ask that the Court in fixing this sentence,

13   that you would consider a sentence that would give Ms. Kemp a

14   second chance, and that second chance would be for her to

15   reunite with her family and to be able to participate

16   meaningfully in her life, in that family life, with the hope

17   that the time that she spent in prison will help her to mature

18   as a woman, as a human, as a mother, that she will get the

19   skills and tools that she needs to step out of prison and live

20   a life where she not only does not have the desire to use

21   drugs, but she has the desire to live a different way of life.

22             Taking that into account and the reasons that I

23   asked -- the reasons we made in the request in the Motion for

24   Variance and Sentencing Memorandum, I would ask the Court for

25   a downward variance, Your Honor.

```
1              Thank you, sir.

2              THE COURT:  You said you represented her in a state

3    court case on a 2012 offense.  Is that the one mentioned in

4    paragraph 56 of the Presentence Report?

5              MR. GRAHAM:  Yes, Judge.

6              THE COURT:  She's certainly had a lot of -- though

7    they may not have been serious convictions, she had a bunch of

8    them, particularly theft.

9              MR. GRAHAM:  Yes, sir.

10             THE COURT:  Ms. Kemp, you have the right to make any

11   statement or presentation you would like to make on the

12   subject of mitigation, that is, the things you think the Court

13   ought to take into account in determining what sentence to

14   impose, or on the subject of sentencing more generally, and

15   I'll invite you at this time to do that.

16             THE DEFENDANT:  Your Honor -- I'm sorry.

17             THE COURT:  Go ahead.

18             THE DEFENDANT:  Sorry.

19             Your Honor, I have a quick question before I do.

20   Did you happen to receive a copy of the letter that my

21   attorney filed by chance?

22             THE COURT:  I have a letter that looks like it's a

23   handwritten letter from you.  Is that the one you're talking

24   about?

25             THE DEFENDANT:  Yes.  I was told that -- I wasn't
```

13

```
 1    sure if you accepted handwritten letters, or if it had to be
 2    typed, so there should be a --
 3            THE COURT:  Well, somebody typed it.
 4            THE DEFENDANT:  Yeah, there is -- there should be a
 5    handwritten and a typed one.
 6            THE COURT:  I have both versions, and I've read
 7    them.  I have the handwritten letter, and then I have the
 8    typewritten version.
 9            Did you type the handwritten -- did you type it
10    after you hand wrote it?
11            THE DEFENDANT:  I had -- I did the handwritten and
12    then I copied it and had him --
13            THE COURT:  Your attorney typed it?
14            THE DEFENDANT:  Yes, and then, luckily, with the
15    Parker County Jail, they allowed me to go to the law library
16    and type one up, so I brought one just in case.
17            THE COURT:  Well, I appreciate your attorney typing
18    that for me, but your handwriting is good enough I didn't have
19    any trouble reading that.
20            THE DEFENDANT:  Awesome.  Glad to hear that.
21            Thank you for reading that.  In doing so, I guess I
22    would just like to say that I do apologize for taking up the
23    court's time, taking up your time.  I'd like to apologize to
24    my family and to the community and everything like that, and
25    just thank you for everything.  And I apologize, I didn't
```

1      expect to be so emotional.  Whew.

2                  *THE COURT:*  Okay.  Anything else?

3                  *THE DEFENDANT:*  That's it.  Thank you, Your Honor.

4                  *THE COURT:*  Well, I'm not persuaded that there

5      should be a sentence below the bottom of the advisory

6      guideline range, but I am persuaded that a sentence fairly

7      close to the bottom of the guideline range would be an

8      appropriate sentence that would adequately and appropriately

9      address all the factors the Court should take into account in

10     sentencing and would be a reasonable sentence, and that would

11     be a sentence of 300 months, which is, of course, 65 months,

12     over 5 years, below the bottom of the advisory guideline

13     range.

14             And that would be combined -- now, that would run

15     consecutively to any sentence growing out of a probation

16     violation in the Superior Court of Carroll County, Georgia,

17     it's Case Number 10CR706.

18             And that would be combined with a term of supervised

19     release of 4 years that would start once you've completed your

20     sentence of imprisonment and an obligation to pay a special

21     assessment of $100.

22             I'm satisfied that a sentence of the kind I've just

23     described will be adequate and appropriate to address all the

24     factors the Court should consider in sentencing.

25             So the Court orders and adjudges that the defendant

1    be committed to the custody of the Bureau of Prisons to serve

2    a term of imprisonment of 300 months.

3            I'm also ordering that the defendant serve a term of

4    supervised release of 4 years that will start when she's

5    completed her sentence of imprisonment, and that the

6    conditions of that supervised release will be the standard

7    conditions that will be set forth in the judgment of

8    conviction and sentence, and the following additional

9    conditions:

10           The defendant shall not commit another federal,

11   state, or local crime.

12           The defendant shall not unlawfully possess a

13   controlled substance.

14           The defendant shall cooperate in the collection of

15   DNA as directed by the probation officer.

16           The defendant shall participate in mental health

17   treatment services as directed by the probation officer until

18   successfully discharged, and those services may include

19   prescribed medications by a licensed physician, and she'll

20   contribute to the cost of those services at the rate of at

21   least $25 a month.

22           She shall refrain from any unlawful use of a

23   controlled substance and shall submit to one drug test within

24   15 days of release from imprisonment and at least two periodic

25   drug tests thereafter as directed by the probation officer,

16

1    pursuant to the mandatory drug testing provision of the 1994

2    Crime Bill.

3            She shall participate in a program approved by the

4    probation officer for treatment of narcotic or drug or alcohol

5    dependency that will include testing for the detection of

6    substance use, and she shall abstain from the use of alcohol

7    and all other intoxicants during and after completion of that

8    treatment, and she'll contribute to the cost of those services

9    at the rate of at least $25 a month.

10           I'm also ordering the defendant to pay a special

11   assessment of $100.  That's payable immediately to the United

12   States of America through the office of the clerk of court

13   here in Fort Worth.

14           And I am going to recommend to the Bureau of Prisons

15   that you be permitted to participate in that drug -- long-term

16   drug program.

17           THE DEFENDANT:  Thank you, Your Honor.

18           THE COURT:  They don't have to follow my

19   recommendation, but sometimes they do.

20           THE DEFENDANT:  Thank you.

21           THE COURT:  You have the right, Ms. Kemp, to appeal

22   from the sentence I've imposed, if you're dissatisfied with

23   it.  That appeal would be to United States Court of Appeals

24   for the Fifth Circuit.

25           You have the right to have the clerk of court file a

| | |
|---|---|
| 1 | notice of appeal for you, and the clerk would do that |
| 2 | forthwith, if you were to specifically request it. |
| 3 | You and your attorney have been given a form that |
| 4 | outlines certain rights and obligations in reference to an |
| 5 | appeal.  If you haven't already done so, I want the two of you |
| 6 | to review it and be sure you understand it, and once both of |
| 7 | you are satisfied you understand it, I want both of you to |
| 8 | sign it and return it to the court coordinator. |
| 9 | Has that been done, Mr. Graham? |
| 10 | MR. GRAHAM:  Yes, Judge. |
| 11 | MR. SMITH:  Your Honor, the government moves to |
| 12 | dismiss the indictment filed on June 15, 2016, as to this |
| 13 | defendant only. |
| 14 | THE COURT:  That motion is granted. |
| 15 | Okay.  You're excused, Mr. Graham. |
| 16 | MR. GRAHAM:  Thank you, Judge. |
| 17 | THE DEFENDANT:  Thank you. |
| 18 | THE COURT:  And you're excused, Mr. Smith, unless |
| 19 | you're here on something else. |
| 20 | MR. SMITH:  Thank you, Your Honor. |
| 21 | THE COURT:  Okay.  We'll be in recess until we do |
| 22 | the rearraignment at 10:30. |
| 23 | COURT SECURITY OFFICER:  All rise. |
| 24 | (Recess) |
| 25 | (End of Proceedings) |

18

| | |
|---|---|
| 1 | **REPORTER'S CERTIFICATE** |
| 2 | I, Debra G. Saenz, CSR, RMR, CRR, certify that the |
| 3 | foregoing is a true and correct transcript from the record |
| 4 | of proceedings in the foregoing entitled matter. |
| 5 | I further certify that the transcript fees format |
| 6 | comply with those prescribed by the Court and the Judicial |
| 7 | Conference of the United States. |
| 8 | Signed this 2nd day of June, 2017. |
| 9 | |
| 10 | /s/ Debra G. Saenz |
| 11 | DEBRA G. SAENZ, CSR, RMR, CRR<br>Texas CSR No. 3158 |
| 12 | Official Court Reporter<br>The Northern District of Texas |
| 13 | Fort Worth Division |
| 14 | |
| 15 | CSR Expires:          12/31/17 |
| 16 | Business Address:    501 W. 10th Street, Room 424<br>Fort Worth, Texas  76102 |
| 17 | |
| 18 | Telephone:           817.850.6661 |
| 19 | E-Mail Address:      debbie.saenz@yahoo.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**$**
$100 [3]  9/9 14/21 16/11
$39.24.152 [1]  10/9
$40,000 [1]  9/8
$5 [1]  9/8
$5 million [1]  9/8

**-**
-- I [1]  12/25
-- wouldn't [1]  10/20

**/**
/s [1]  18/10

**0**
04 [1]  2/3
08 [1]  2/4
09 [1]  2/6

**1**
10 [1]  4/4
10:11 [1]  3/2
10:30 [1]  17/22
10CR706 [1]  14/17
10th [2]  1/20 18/16
12 [4]  2/7 4/9 4/12 5/5
12/31/17 [1]  18/15
120 [4]  1/18 4/10 4/14 5/20
14 [1]  2/8
15 [2]  15/24 17/12
17 [5]  1/6 2/9 2/10 10/13 18/15
1700 [1]  1/15
18 [1]  2/11
19 [3]  2/12 3/2 3/13
1994 [1]  16/1

**2**
2012 [3]  9/13 10/17 12/3
2016 [3]  3/2 3/13 17/12
2017 [2]  1/6 18/8
26 [1]  1/7
27 [1]  11/7
27-year-old [1]  9/22
292 [1]  9/6
2nd [1]  18/8

**3**
300 [2]  14/11 15/2
3158 [1]  18/11
35 [1]  9/5
365 [1]  9/7

**4**
424 [2]  1/20 18/16
4:16-CR-132-A [2]  1/4 3/4

**5**
501 [2]  1/20 18/16
56 [1]  12/4

**6**
65 [1]  14/11
6882 [1]  1/16

**7**
76102 [3]  1/18 1/21 18/16
76102-6882 [1]  1/16

**8**
801 [1]  1/15
817.252.5200 [1]  1/16
817.334.0081 [1]  1/19
817.850.6661 [2]  1/21 18/18

**855** [1]  1/18

**9**
9413 [1]  1/18

**A**
a -- her [1]  11/8
a.m [2]  1/8 3/2
AARON [1]  1/17
abandoned [5]  9/24 10/1 10/1 10/8 10/9
able [2]  11/1 11/15
about [8]  5/20 6/1 6/14 7/13 9/19 10/7 10/10 12/24
above [1]  5/22
abstain [1]  16/6
Abuse [1]  11/2
accepted [2]  4/5 13/1
account [7]  5/21 8/15 8/18 11/11 11/22 12/13 14/9
act [1]  7/19
add [1]  11/5
addendum [3]  3/21 8/24 9/1
additional [1]  15/8
additionally [1]  6/10
address [4]  14/9 14/23 18/16 18/19
adequate [1]  14/23
adequately [1]  14/8
adjudges [1]  14/25
adopts [2]  8/21 8/24
advising [1]  4/4
advisory [3]  5/23 14/5 14/12
affiliates [1]  8/9
after [2]  13/10 16/7
again [1]  7/2
age [3]  10/13 11/7 11/9
ahead [3]  8/13 9/10 12/17
alcohol [1]  14/6
all [6]  8/4 8/10 14/9 14/23 16/7 17/23
allowed [1]  13/15
along [1]  6/2
already [2]  10/13 17/5
also [6]  7/23 10/6 10/15 10/21 15/3 16/10
although [1]  10/6
am [2]  14/6 16/14
AMERICA [3]  1/4 3/4 16/12
anonymous [1]  9/18
another [1]  11/4 15/10
any [9]  4/7 4/8 5/6 5/25 11/3 12/10 13/19 14/15 15/22
Anything [1]  14/2
apologize [3]  13/22 13/23 13/25
appeal [4]  16/21 16/23 17/1 17/5
Appeals [1]  16/23
appeared [1]  3/10
appreciate [1]  13/17
approaching [1]  11/9
appropriate [2]  14/8 14/23
appropriately [1]  14/8
approved [1]  16/3
are [5]  4/6 4/24 5/3 9/17 17/7
argued [1]  5/9
around [1]  10/12
as [14]  8/21 8/23 8/24 8/25 9/16 10/8 10/8 11/18 11/18 11/18 15/15 15/17 15/25 17/12
ask [4]  10/25 11/6 11/12 11/24
asked [1]  11/23
asked -- the [1]  11/23
assault [1]  5/15
assessment [3]  9/9 14/21 16/11
assistance [1]  5/13
Association [1]  6/23

ate [1]  7/25
attach [1]  6/3
attention [1]  6/8
attorney [3]  6/25 17/13 17/3
17/3
Attorney's [1]  6/23
attorneys [1]  6/12
Avenue [1]  1/18
Awesome [1]  13/20

**B**
back [2]  6/18 10/4
bad [1]  8/3
based [1]  3/18
be [27]
been [6]  7/22 7/22 10/5 12/7 17/3 17/9
before [6]  1/11 3/10 4/23 7/15 8/19 12/19
behalf [2]  8/14 9/11
being [2]  10/8 10/9
believe [3]  6/12 6/21 10/24
below [3]  5/22 14/5 14/12
Bench [1]  8/16
Bill [1]  16/2
birth [1]  10/11
birthday [1]  10/7
bit [4]  4/17 5/4 7/13 9/15
both [3]  8/23 13/6 17/6 17/7
bottom [4]  5/22 14/5 14/7 14/12
bread [3]  7/24 7/25 8/1
broken [1]  9/23
brother [1]  9/24
brothers [1]  8/2
brought [1]  13/16
bunch [2]  8/3 12/7
Bureau [2]  15/1 16/14
Business [1]  18/16
Byrd [3]  7/11 7/23 8/8

**C**
California [1]  10/12
call [1]  6/8
calling [1]  3/3
can [2]  8/13 9/10
cared [1]  10/10
Carroll [1]  14/16
case [8]  1/4 3/15 7/21 9/16 10/16 12/3 13/16 14/17
Category [1]  9/6
certain [1]  17/4
certainly [1]  12/6
Certificate [2]  2/11 18/1
certify [2]  18/2 18/5
chambers [1]  4/23
chance [3]  11/14 11/14 12/21
charged [2]  3/14 3/16
Cherry [1]  1/15
children [2]  9/22 11/10
Circuit [1]  16/24
CLAY [1]  1/17
clerk [3]  16/12 16/25 17/1
client [8]  3/20 4/8 5/13 5/13 7/4 8/4 8/15 9/11
close [1]  14/7
coincidences [1]  9/17
coincidental [1]  9/15
collection [1]  15/14
combined [2]  14/14 14/18
combined -- now [1]  14/14
come [1]  9/23
commit [1]  15/10
committed [1]  15/1
community [1]  13/24

## C

compelled [1]  9/19
complainant [1]  7/21
completed [2]  14/19 15/5
completion [1]  16/7
comply [1]  18/6
computer [1]  1/25
concludes [1]  9/2
conclusion [1]  4/5
conclusions [3]  8/20 8/24 8/25
conditions [3]  15/6 15/7 15/9
conduct [1]  7/14
Conference [2]  8/16 18/7
confusing [1]  5/4
connection [1]  5/14
consecutively [1]  14/15
consider [2]  11/13 14/24
consideration [1]  11/7
considered [1]  10/20
conspiracy [3]  3/16 10/19
contacts [1]  8/7
contribute [2]  15/20 16/8
controlled [2]  3/17 15/13 15/23
conviction [2]  3/18 15/8
convictions [1]  12/7
cooperate [1]  15/14
cooperation [1]  5/12
coordinator [1]  17/8
copied [1]  13/12
copy [2]  4/23 12/20
correct [1]  18/3
cosmic [1]  9/15
cost [2]  15/20 16/8
could [1]  5/21
count [1]  3/15
county [4]  6/23 6/25 13/15 14/16
couple [1]  7/22
course [2]  8/15 14/11
court [27]
court's [3]  2/4 2/10 13/23
Courtroom [1]  8/16
CR [2]  1/4 3/4
crime [2]  15/11 16/2
criminal [3]  9/5 10/15 10/15
CRR [3]  1/20 18/2 18/11
CSR [5]  1/20 18/2 18/11 18/11 18/15
custody [1]  15/1

## D

day [3]  10/25 10/25 18/8
day-to-day [1]  10/25
days [1]  15/24
deal [1]  10/7
death [1]  10/11
debbie.saenz [1]  1/22 18/19
DEBRA [4]  1/20 18/2 18/10 18/11
defendant [14]  1/8 1/17 2/7 3/5 4/19
 7/11 14/25 15/3 15/10 15/12 15/14
 15/16 16/10 17/13
DEPARTMENT [1]  1/14
dependency [1]  16/5
Deputy [1]  8/16
described [2]  7/19 14/23
desire [2]  11/20 11/21
detection [1]  16/5
determining [2]  5/21 12/13
did [10]  3/20 3/23 4/25 6/3 8/4 9/25
 12/20 13/9 13/9 13/11
didn't [2]  13/18 13/25
different [1]  11/21
direct [1]  6/13
directed [4]  10/2 15/15 15/17 15/25

discharged [1]  15/18
discuss [1]  3/24
disgraceful [1]  10/11
dismiss [2]  2/9 17/12
disorder [1]  11/9
dissatisfied [1]  16/22
distribute [1]  3/17
distribution [1]  6/22
district [7]  1/1 1/2 1/11 1/15 6/22 6/25
 18/12
DIVISION [2]  1/3 18/13
DNA [1]  15/15
do [13]  4/7 5/6 5/12 5/25 6/20 7/20 8/19
 12/15 12/19 13/22 16/19 17/1 17/21
document [2]  4/18 4/20
does [3]  4/7 7/4 11/20
doing [1]  13/21
don't [3]  4/23 7/17 16/18
done [2]  17/5 17/9
downward [1]  11/25
drug [7]  11/1 15/23 15/25 16/1 16/4
 16/15 16/16
drugs [1]  11/21
during [1]  16/7

## E

E-Mail [2]  1/22 18/19
each [1]  3/24
earlier [1]  6/6
eat [1]  8/1
effect [1]  8/2
Eleanor [1]  3/9
eligible [1]  5/12
else [2]  14/2 17/19
emotional [2]  10/8 14/1
End [1]  17/25
enough [2]  10/9 13/18
entered [1]  3/13
entitled [1]  18/4
everything [2]  13/24 13/25
evidence [3]  5/6 5/25 8/11
exact [1]  3/12
exact -- it [1]  3/12
except [1]  4/5
excused [2]  17/15 17/18
Exhibit [1]  6/14
exhibits [1]  6/3
expect [1]  14/1
experimenting [1]  10/14
Expires [1]  18/15
expressed [1]  8/25
extent [1]  4/5

## F

fact [2]  8/22 10/9
factors [2]  14/9 14/24
facts [1]  8/22
fairly [1]  14/6
family [5]  10/4 11/7 11/15 11/16 13/24
father [4]  9/24 10/4 10/5 10/10
FEBRUARY [4]  1/6 4/4 4/18 4/20
February 10 [1]  4/4
February 6 [1]  4/18
February 7 [1]  4/20
federal [1]  15/10
feel [1]  9/19
fees [1]  18/5
female [1]  9/22
Fifth [1]  16/24
file [2]  4/25 16/25
filed [5]  4/20 4/22 4/23 12/21 17/12
finally [1]  7/16
financial [1]  10/20

financially [1]  10/1
finding [1]  11/4
findings [4]  2/4 8/20 8/21 8/22
fine [1]  9/8
fixing [1]  11/12
follow [1]  16/18
following [1]  15/8
foregoing [2]  18/3 18/4
form [1]  17/3
format [1]  18/5
FORT [8]  1/3 1/5 1/16 1/18 1/21 16/13
 18/13 18/16
forth [2]  8/22 15/7
forthwith [1]  17/2
forward [1]  10/5
fourth [1]  3/14
full [1]  8/3
further [1]  18/5

## G

gashed [1]  7/24
gave [1]  7/25
generally [1]  12/14
Georgia [1]  14/16
get [5]  3/12 4/16 8/4 8/19 11/18
getting [1]  9/3
give [3]  6/12 9/19 11/13
given [1]  17/3
Glad [1]  13/20
glance [2]  6/18 7/2
go [4]  8/13 9/10 12/17 13/15
going [3]  4/16 5/8 16/14
good [1]  13/18
got [2]  4/22 4/23
government [4]  1/5 1/14 3/6 17/11
government's [2]  2/9 4/2
GRAHAM [7]  1/17 2/3 2/6 3/7 3/20 17/9
 17/15
granted [1]  17/14
growing [1]  14/15
guess [1]  13/21
guideline [4]  5/23 14/6 14/7 14/12
guilty [2]  3/13 3/19

## H

habit [1]  10/25
had [15]  7/20 7/22 7/22 8/1 8/8 8/8 9/23
 10/5 10/13 10/17 12/6 12/7 13/1 13/11
 13/12
had -- has [1]  9/23
had -- I [1]  13/11
hand [1]  13/10
handwriting [1]  13/18
handwritten [6]  12/23 13/1 13/5 13/7
 13/9 13/11
handwritten -- did [1]  13/9
happen [1]  13/22
happened [2]  4/21 4/24
has [9]  5/12 9/22 9/23 10/7 11/8 11/9
 11/9 11/21 17/9
have [18]  5/6 5/20 5/25 8/11 11/20 12/7
 12/10 12/19 12/22 13/6 13/7 13/7 13/18
 16/18 16/21 16/25 16/25 17/3
haven't [1]  17/5
he [10]  7/15 7/17 7/18 7/19 7/22 7/23
 9/25 9/25 10/6 10/10
health [1]  15/16
hear [1]  13/20
help [2]  6/6 11/17
helpful [1]  6/9
her [2]
here [5]  3/7 3/17 4/17 16/13 17/19
highlighted [1]  7/3

## H

him [3] 7/16 8/1 13/12
his [6] 4/7 10/4 10/4 10/6 10/6 10/6
history [3] 9/6 10/15 10/15
hold [2] 5/10 9/3
home [1] 9/24
Honor [10] 3/22 3/25 6/10 11/25 12/16
12/19 14/3 16/17 17/11 17/20
Honor -- I'm [1] 12/16
HONORABLE [1] 1/11
hope [1] 11/16
how [2] 4/24 8/4
human [1] 11/18
husband [3] 7/8 8/6 8/8

## I

I -- we [1] 9/14
I'd [1] 13/23
I'll [3] 8/15 8/17 12/15
I'm [8] 3/3 4/16 9/3 12/16 14/4 14/22
15/3 16/10
I've [3] 13/6 14/22 16/22
immediately [1] 16/11
impose [1] 12/14
imposed [2] 11/6 16/22
imprisonment [5] 9/6 14/20 15/2 15/5
15/24
include [2] 15/18 16/5
included [1] 6/4
Index [1] 2/12
indictment [3] 3/14 3/15 17/12
information [2] 6/22 9/19
informed [1] 5/20
insight [1] 6/13
instance [1] 10/3
intent [1] 3/17
intoxicants [1] 16/7
invite [1] 12/15
is [27]
is not [1] 10/20
issued [2] 4/4 6/11
it [35]
it's [4] 3/4 9/20 12/22 14/17
items [1] 3/23

## J

jail [2] 10/17 13/15
James [1] 7/11
JOHN [1] 1/11
JUDGE [16] 1/11 4/9 5/8 5/15 6/2 7/5
7/9 7/17 8/12 9/12 10/15 10/25 11/4
12/5 17/10 17/16
judgment [1] 15/7
Judicial [1] 18/6
June [2] 17/12 18/8
June 15 [1] 17/12
just [15] 4/9 5/10 6/2 6/21 9/3 9/19 9/25
10/6 10/11 10/24 11/5 13/16 13/22
13/25 14/22
JUSTICE [1] 1/14

## K

KEMP [10] 1/7 3/5 3/7 3/8 3/9 9/14 11/1
11/13 12/10 16/21
Kemp's [5] 4/19 6/4 9/20 10/7 11/7
kidnapped [1] 7/22
killed [2] 7/16 7/18
kind [2] 9/14 14/22
kingpin [1] 10/20
know [3] 4/24 6/20 9/13
knowing [2] 9/18 11/2

## L

language [1] 7/3
largely [2] 9/20 9/20
lastly [1] 11/5
law [1] 13/15
leadership [1] 10/22
least [3] 12/21 15/24 16/9
let [9] 3/12 4/11 5/5 5/17 6/5 6/18 7/2
8/19 9/13
Let's [1] 4/1
letter [4] 12/20 12/22 12/23 13/7
letters [1] 13/1
level [2] 9/3 9/5
level -- hold [1] 9/3
library [1] 13/15
licensed [1] 15/19
life [7] 9/20 10/5 10/6 11/16 11/16 11/20
11/21
like [7] 7/19 9/11 12/11 12/22 13/22
13/23 13/24
little [7] 4/17 5/4 6/13 7/13 9/15 9/19
10/10
live [3] 11/4 11/19 11/21
local [1] 15/11
long [1] 16/15
long-term [1] 16/15
look [1] 5/17
looks [1] 12/22
lot [2] 10/24 12/6
luckily [1] 13/14

## M

made [1] 11/23
Mail [1] 1/22 18/19
make [6] 8/13 8/14 9/10 9/11 12/10
12/11
man [1] 7/20
mandatory [2] 9/9 16/1
manner [1] 3/21
Margo [1] 7/6
matter [1] 18/4
matters [1] 5/9
mature [1] 11/17
may [4] 6/12 11/2 12/7 15/18
McBRYDE [1] 1/11
me [15] 3/10 3/12 4/11 5/4 5/5 5/17 6/5
6/7 6/18 7/2 7/13 8/19 9/18 13/15 13/18
meaningfully [1] 11/16
mechanical [1] 1/24
medications [1] 15/19
MEGAN [4] 1/7 3/5 3/9 4/19
memorandum [6] 4/19 4/25 5/9 6/3 6/16
11/24
memory [4] 4/11 6/5 6/19 10/10
mental [1] 15/16
mentioned [1] 12/3
merit [1] 4/6
million [1] 9/8
minor [2] 10/19 11/10
minute [1] 5/10
mitigation [1] 12/12
mixed [2] 8/4 9/3
modified [2] 8/23 9/1
month [2] 15/21 16/9
months [4] 9/7 14/11 14/11 15/2
more [5] 6/13 7/13 7/19 10/21 12/14
mother [4] 9/23 11/8 11/10 11/18
motion [4] 2/9 4/19 11/23 17/14
moved [1] 10/12
moves [1] 17/11
Moving [1] 10/5
MR [4] 1/14 1/17 2/3 2/6

Mr. [9] 3/6 3/7 3/20 7/23 7/25 8/8 17/9
17/15 17/18
Mr. Byrd [2] 7/23 8/8
Mr. Graham [4] 3/6 3/20 17/9 17/15
Mr. Smith [2] 3/6 17/18
Mr. Stikeleather [1] 7/25
MS [1] 1/20
Ms. [11] 3/7 3/8 6/4 9/14 9/20 10/7 11/1
11/7 11/13 12/10 16/21
Ms. Kemp [4] 3/7 3/8 9/14 11/1 11/13
12/10 16/21
Ms. Kemp's [4] 6/4 9/20 10/7 11/7
much [1] 10/3
mule [1] 10/21
my [12] 4/4 4/4 4/11 6/5 6/8 6/19 8/6
8/19 9/3 12/20 13/24 16/18

## N

name [3] 3/8 4/21 7/11
named [1] 7/21
narcotic [1] 16/4
need [1] 11/6
needs [2] 11/3 11/19
next [1] 3/3
NO [5] 1/4 5/8 6/2 7/9 18/11
NORTHERN [3] 1/2 1/15 18/12
not [11] 5/16 9/25 10/5 10/20 11/2
11/20 11/20 12/7 14/4 15/10 15/12
notice [2] 6/8 17/1
now [6] 4/8 8/2 8/19 10/12 11/5 14/14
number [3] 3/4 4/9 14/17

## O

objection [5] 4/9 4/12 4/14 5/5 5/7
objections [5] 2/3 4/1 4/3 4/6 4/8
obligation [1] 14/20
obligations [2] 10/4 17/4
October [2] 3/2 3/13
October 19 [1] 3/13
of -- though [1] 12/6
off [1] 4/16
offense [3] 3/14 3/16 9/2 9/5 12/3
offenses [1] 10/16
offer [3] 5/6 6/1 8/11
office [1] 16/12
officer [4] 4/6 5/19 15/15 15/17 15/25
16/4
officer's [1] 4/3
Official [1] 18/12
Oh [1] 4/21
Okay [22]
Okay. [1] 5/17
Okay.  Let [1] 5/17
old [2] 9/22 11/9
once [2] 14/19 17/6
one [11] 3/15 4/25 7/15 7/19 7/20 12/3
12/23 13/5 13/16 13/16 15/23
one-count [1] 3/15
only [4] 4/25 9/25 11/20 17/13
order [1] 4/4
ordering [2] 15/3 16/10
orders [1] 14/25
original [2] 4/22 4/23
other [4] 3/24 4/22 8/8 16/7
ought [1] 12/13
our [2] 9/15 10/2
out [2] 11/19 14/15
outlines [1] 17/4
over [2] 6/18 14/12

## P

page [2] 2/2 7/3
papers [1] 9/3

## P

paragraph [4]  4/10 4/14 5/20 12/4
Parker [1]  6/7
part [2]  5/17 6/7
participate [5]  7/11 11/15 15/16 16/3 16/15
participated [1]  7/19
participating [1]  10/23
particular [2]  6/7 6/7
particularly [1]  12/8
path [1]  10/2
Pause [2]  5/11 7/12
pay [2]  14/20 16/10
payable [1]  16/11
people [1]  8/5
periodic [1]  15/24
permitted [1]  16/15
person [2]  7/18 11/8
persuaded [2]  14/4 14/6
petty [2]  10/16 10/16
physically [1]  10/1
physician [1]  15/19
piece [3]  7/24 7/24 8/1
played [1]  10/19
plea [2]  3/13 3/19
point [1]  4/17
position [1]  10/21
possess [2]  3/16 15/12
poverty [1]  10/2
predicament [1]  11/8
prescribed [2]  15/19 18/6
presentation [1]  12/11
Presentence [8]  3/21 4/2 4/10 5/18 8/23 8/25 9/21 12/4
pretty [1]  8/3
prison [2]  11/17 11/19
Prisons [2]  15/1 16/14
probation [8]  4/3 4/6 5/19 14/15 15/15 15/17 15/25 16/4
PROCEEDING [1]  2/2
proceedings [5]  1/24 5/11 7/12 17/25 18/4
produced [1]  1/25
profit [1]  10/23
program [3]  11/2 16/3 16/16
prosecuting [1]  6/12
provided [1]  5/13
provision [1]  16/1
PSR [1]  2/3
publication [1]  6/25
published [1]  6/24
purpose [2]  6/20 6/21
purposes [1]  11/3
pursuant [2]  10/25 16/1
pursue [2]  4/7 4/8
pushed [2]  7/24 7/24
put [2]  9/14 10/10

## Q

question [1]  12/19
quick [1]  12/19

## R

raise [1]  11/10
range [7]  5/23 9/6 9/7 9/8 14/6 14/7 14/13
rate [2]  15/20 16/9
read [2]  3/23 13/6
reading [2]  13/19 13/21
rear [1]  11/11
rearraignment [1]  17/22
reasonable [1]  14/10

reasons [2]  11/22 11/23
receive [2]  3/20 12/20
received [1]  4/18
recess [2]  17/21 17/24
recommend [1]  16/14
recommendation [1]  16/19
record [3]  3/8 8/19 18/3
refer [1]  7/4
reference [1]  17/4
referring [1]  5/18
refers [1]  4/10
reflected [2]  9/20 10/14
refrain [1]  15/22
refresh [3]  4/11 6/5 6/18
relates [1]  9/16
relationship [1]  9/16
release [5]  9/7 14/19 15/4 15/6 15/24
relief [1]  11/3
remaining [1]  9/18
repetition [1]  10/18
report [12]  3/21 4/2 4/10 5/18 6/11 6/20 6/24 7/4 8/23 8/25 9/21 12/4
reported [1]  1/24
REPORTER [2]  1/20 18/12
Reporter's [2]  2/11 18/1
represented [2]  3/6 9/14 12/2
request [2]  11/23 17/2
Residential [1]  11/1
response [2]  4/2 4/3
result [2]  10/3 10/17
resulting [1]  3/18
return [1]  17/8
reunite [1]  11/15
reurge [1]  5/9
review [1]  17/6
rheumatic [1]  11/9
right [3]  12/10 16/21 16/25
rights [1]  17/4
rise [1]  17/23
RMR [3]  1/20 18/2 18/11
role [2]  10/19 10/22
Room [2]  1/20 18/16
Ruling [1]  2/10
run [1]  14/14

## S

SAENZ [4]  1/20 18/2 18/10 18/11
said [3]  5/5 8/1 12/2
same [3]  4/21 4/24 5/3
satisfied [2]  14/22 17/7
say [1]  13/22
saying [2]  5/19 9/17
scar [1]  10/8
second [3]  9/3 11/14 11/14
second -- I'm [1]  9/3
see [5]  4/1 4/21 4/24 5/5 10/2
seen [1]  4/2
sentence [17]  2/8 5/22 11/6 11/12 11/13 12/13 14/5 14/6 14/8 14/10 14/11 14/15 14/20 14/22 15/5 15/8 16/22
sentencing [13]  1/10 2/5 3/3 3/18 4/19 4/25 5/9 6/3 6/16 11/24 12/14 14/10 14/24
serious [1]  12/7
serve [2]  15/1 15/3
services [4]  15/17 15/18 15/20 16/8
set [2]  8/22 15/7
shall [8]  15/10 15/12 15/14 15/16 15/22 15/23 16/3 16/6
SHAWN [1]  1/14
she [22]
she'll [2]  15/19 16/8
she's [5]  9/22 9/23 10/12 12/6 15/4

she's -- she [1]  10/12
shooting [2]  5/14 5/16
should [7]  5/20 5/22 13/2 13/4 14/5 14/9 14/24
sign [1]  17/8
Signed [1]  18/8
simply [1]  5/8
single [1]  9/23
sir [10]  3/11 4/13 4/15 5/2 5/24 6/15 6/17 7/1 12/1 12/9
skills [1]  11/19
SMITH [3]  1/14 3/6 17/18
so [10]  5/20 10/3 10/7 10/10 13/2 13/16 13/21 14/1 14/25 17/5
society [1]  10/3
solely [1]  10/23
some [2]  4/1 6/6
somebody [3]  5/14 7/15 13/3
somehow [1]  4/22
someone [2]  10/22 10/22
something [2]  8/1 17/19
sometimes [1]  16/19
sorry [2]  12/16 12/18
special [3]  9/9 14/20 16/10
specifically [1]  17/2
spent [1]  11/17
stabbed [2]  7/22 7/23
stabbing [1]  5/16
standard [1]  15/6
start [2]  14/19 15/4
started [1]  10/13
state [7]  3/8 5/13 9/14 9/17 10/17 12/2 15/11
state's [1]  6/11
statement [3]  8/14 9/10 12/11
Statements [1]  2/5
STATES [7]  1/1 1/4 1/11 1/14 3/4 16/12 16/23 18/7
stenography [1]  1/24
step [1]  11/19
Stikeleather [2]  7/21 7/25
still [1]  4/7
Street [3]  1/15 1/20 18/16
subject [3]  6/1 12/12 12/14
submit [1]  15/23
substance [4]  3/17 15/13 15/23 16/6
substances [1]  10/14
successfully [1]  15/18
Suite [1]  1/15 1/18
summary [1]  6/12
Superior [1]  14/16
superseding [2]  3/14 3/15
supervised [4]  9/7 14/18 15/4 15/6
supplemented [2]  8/23 9/1
support [2]  5/7 10/24
supports [1]  10/21
sure [2]  13/1 17/6

## T

take [8]  4/25 6/7 8/15 8/17 11/7 11/11 12/13 14/9
taken [1]  5/21
taking [3]  11/22 13/22 13/23
talking [2]  6/14 12/23
Telephone [4]  1/16 1/19 1/21 18/18
Tell [1]  7/13
tentative [1]  4/4
term [4]  14/18 15/2 15/3 16/15
terribly [2]  7/15 7/18
test [1]  15/23
testimony [1]  6/4
testing [2]  16/1 16/5
tests [1]  15/25

**T**

TEXAS [13] 1/2 1/5 1/15 1/16 1/18 1/18
1/21 5/14 6/22 16/13 17/1 18/2 18/16
than [2] 7/19 10/21
thank [10] 9/12 12/1 13/21 13/25 14/3
16/17 16/20 17/16 17/17 17/20
that [106]
that's [7] 4/12 8/10 9/20 10/6 10/14 14/3
16/11
the -- through [1] 8/8
theft [4] 10/16 10/17 10/18 12/8
them [6] 3/24 10/1 10/1 10/2 12/8 13/7
then [7] 3/24 4/20 4/22 7/25 13/7 13/12
13/14
there [8] 4/1 4/20 5/21 6/11 13/2 13/4
13/4 14/4
there's [2] 6/6 9/17
thereafter [1] 15/25
these [1] 8/17
they [9] 4/24 5/3 7/16 8/3 8/4 12/7 13/15
16/18 16/19
thing [2] 4/24 5/3
things [3] 8/17 11/11 12/12
think [3] 4/21 7/17 12/12
this [13] 3/4 3/14 6/8 6/20 7/3 9/11 9/16
10/19 10/24 11/12 12/15 17/12 18/8
those [10] 3/23 4/3 4/7 4/8 8/4 11/11
15/18 15/20 16/8 18/6
though [1] 12/6
through [6] 6/6 6/22 8/7 8/8 8/8 16/12
time [11] 3/5 6/8 7/23 9/11 10/7 10/11
11/3 11/17 12/15 13/23 13/23
timely [1] 3/21
times [1] 7/22
titled [1] 4/18
today [1] 3/18
toddler [1] 9/25
told [1] 12/25
told that [1] 12/25
took [2] 7/23 10/6
tools [1] 11/19
top [1] 5/22
tortured [2] 7/15 7/18
total [2] 9/2 9/5
transcript [5] 1/10 1/24 6/11 18/3 18/5
treatment [5] 11/2 11/3 15/17 16/4 16/8
trial [4] 6/4 7/8 7/10 7/20
trouble [1] 13/19
true [1] 18/3
trying [1] 11/10
turning [1] 10/4
two [4] 9/22 11/10 15/24 17/5
type [3] 13/9 13/9 13/16
typed [4] 13/2 13/3 13/5 13/13
typewritten [1] 13/8
typing [1] 13/17

**U**

understand [3] 11/5 17/6 17/7
unfortunate [2] 10/6 10/9
UNITED [8] 1/1 1/4 1/11 1/14 3/4 16/11
16/23 18/7
universe's [1] 9/18
unlawful [1] 15/22
unlawfully [1] 15/12
unless [1] 17/18
until [2] 15/17 17/21
up [5] 8/4 9/4 13/16 13/22 13/23
use [4] 11/20 15/22 16/6 16/6
using [1] 10/13

**V**

value [1] 9/15

variance [3] 4/20 11/24 11/25
various [1] 10/14
version [1] 13/8
Versions [1] 13/8
VERSUS [1] 1/6
VI [1] 9/6
violation [1] 14/16
violence [1] 7/20
VOLUME [1] 1/10

**W**

want [8] 4/7 5/6 5/25 6/7 8/14 9/13 17/5
17/7
was [33]
was -- the [1] 7/18
wasn't [1] 12/25
way [4] 4/16 9/18 11/4 11/21
we [5] 9/14 10/2 10/16 11/23 17/21
We'll [1] 17/21
we're [2] 3/17 8/2
well [8] 5/15 6/10 7/2 8/4 10/8 13/3
13/17 14/4
went [1] 6/6
were [3] 5/18 8/3 17/2
weren't [1] 8/3
what [5] 4/11 4/21 5/5 6/20 12/13
whatever [2] 8/14 9/10
when [4] 3/13 9/24 9/25 15/4
where [1] 11/20
whether [1] 5/21
Whew [1] 14/1
which [2] 6/3 14/11
who [8] 7/10 7/21 9/22 10/22 10/22 11/8
11/9 11/10
will [7] 11/17 11/18 14/23 15/4 15/6
15/7 16/5
wish [1] 4/8
within [1] 15/23
without [1] 4/6
woman [1] 11/18
Word [1] 2/12
WORTH [8] 1/3 1/5 1/16 1/18 1/21
16/13 18/13 18/16
would [26]
wouldn't [1] 10/20
wound [1] 7/24
wound -- pushed [1] 7/24
wrote [1] 13/10

**Y**

yahoo.com [2] 1/22 18/19
Yeah [1] 13/4
year [1] 9/22
years [4] 9/7 14/12 14/19 15/4
Yes [20]
you [59]
you're [7] 5/19 6/14 12/23 16/22 17/15
17/18 17/19
you've [3] 4/2 5/5 14/19
your [26]